1  James Hunt Miller (SBCal # 135160)
   P.O. Box 10891
2  OAKLAND CA 94610

3  Telephone: (510) 451-2132
   Facsimile:  (510) 451-0824
4  E-mail:     jim_miller0@ yahoo.com

5  Attorney for Plaintiff

8           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

11 Phyllis D. Evans,                )
                                    )
12         Plaintiff,               )    4:07-cv-03794-SBA
                                    )
13    vs.                           )
                                    )    PLAINTIFF'S UNOPPOSED
14 Michael J. Astrue,               )    MOTION FOR EXTENSION OF
   COMMISSIONER OF the SOCIAL       )    TIME TO FILE PLAINTIFF'S
15 SECURITY ADMINISTRATION,         )    MOTION FOR SUMMARY
                                    )    JUDGMENT AND/OR REMAND
16         Defendant.               )    (no hearing)
                                    )
17 _____   )

18    Plaintiff hereby moves, with submission of Defendant's expression of non-

19 opposition,[1] for an order (submitted infra) that Plaintiff may have an extension of

20 30 days, or from December 17, 2007 to January 16, 2007, in which to file her

21 Motion for Summary Judgment and/or Remand.  This is Plaintiff's first request for

22 an extension.

---

[1]    This was as related by Defendant's Counsel, Theophous Reagans,
Special Assistant U.S. Attorney, to Plaintiff's Counsel, by e-mail.

1 | DATE: 12/17/07                    /s/_____
2 |                                   James Hunt Miller
  |                                   Attorney for Plaintiff
3 | ORDER - Proposed
4 | PURSUANT TO UNOPPOSED MOTION, IT IS SO ORDERED.
5 |
6 | DATE: __12/24/07_____      *Sandra B Armstrong*_____
  |                                   United States District Judge
7 |
...
28 |