1 JOSEPH P. RUSSONIELLO
United States Attorney
2 LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134
7
Attorneys for Defendant
8
                          UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10

11

12 PHYLLIS D. EVANS,          )          CIVIL NO. 4-cv-07-03794 SBA
                                        )
13     Plaintiff,                  )          STIPULATION  AND ORDER FOR
                                        )          EXTENSION OF TIME TO FILE
14     v.                          )          DEFENDANT'S CROSS-MOTION FOR
                                        )          SUMMARY JUDGMENT;
15 MICHAEL J. ASTRUE,         )
Commissioner of              )
Social Security,              )
16                                         )
    Defendant.               )
17 _____)

18

19        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20 of the Court, that Defendant shall have a  30-day extension of time up and through March 19, 2008, in which

21 to e-file his Cross-Motion for Summary Judgment.  This extension is requested because counsel for

22 Defendant currently has an extremely heavy caseload and needs additional time to review this case and

23 prepare a Cross-Motion for Summary Judgment.

24 ///

25 ///

26 ///

27 ///

28 ///

///

| | |
|---|---|
| Dated: February 19, 2008 |   /s/ James Hunt Miller<br>*(As authorized via telephone on 3/15/08)*<br>JAMES HUNT MILLER<br>Attorney for Plaintiff |

JOSEPH P. RUSSONIELLO
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX

Dated: February 19, 2008   By:     /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  2/22/08

SAUNDRA BROWN ARMSTRONG
United States District Judge