UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHYLLIS D. EVANS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF THE SSA,<br><br>　　　　Defendant. | Case No: C 07-3794 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　Plaintiff has filed a Claim for Fees and Expenses Under the Equal Access to Justice Act (Docket 24). Accordingly,

　　　IT IS HEREBY ORDERED THAT:

　　　1.　By no later than June 19, 2009, the parties shall meet and confer in person or by telephone and attempt to resolve the above-referenced motion informally. If the parties are able to reach an agreement, the parties shall by no later than June 26, 2009, submit a proposed stipulation and order resolving the motion.

　　　2.　In the event the parties are unable to reach an agreement, Defendant shall file a response to Plaintiff's motion, not to exceed five (5) pages, by no later than June 26, 2009. Plaintiff may file a reply, not to exceed three (3) pages, by no later than July 3, 2009. The matter will be deemed under submission as of the date the reply is due.

Dated: June 6, 2009　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge